**Opinion issued June 6, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00234-CV

———————————

**RBHJ HOLDINGS, LLC, Appellant**

**V.**

**FREEPOINT ENERGY SOLUTIONS, LLC, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-31562**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate of conference in its motion, appellant's motion includes a certificate of service, more than 10 days have passed since the

motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.